No. 66214.—Lang & Marshall Co., Inc. *v.* United States, protest 60/6220 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of meat holders similar in all material respects to those the subject of Abstract 63928, except that they are in chief value of other base metal, the claim of the plaintiff was sustained.